THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SIGMUND ROSENGARTEN, Appellant.

Argued January 16, 1947; decided February 28, 1947.

*Henry Levine* for appellant.

*Albert J. Rosenthal, William E. Remy, David London, Kenneth V. Fisher* and *Samuel Mermin* for respondent.

Judgments affirmed; no opinion. [See 297 N. Y. 471.]

Concur: LOUGHRAN, Ch. J., DESMOND, THACHER, DYE and FULD, JJ. LEWIS and CONWAY, JJ., concur in the single case charging defendant with having failed to tag meat with the sale price but in the remaining six cases dissent and vote to reverse upon the ground that the evidence adduced by the People was not sufficient in law to establish beyond a reasonable doubt the guilt of the defendant of the charge made against him.